TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MELISSA S. RABBANI (Cal. Bar No. 283993)
Assistant United States Attorney
Santa Ana Branch Office
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3708
    E-mail:   melissa.rabbani@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| IN THE MATTER OF THE SEARCH OF THE RESIDENCE LOCATED AT 12571 HINTON WAY, SANTA ANA, CALIFORNIA 92705 | No. 8:22-MJ-00104<br><br>ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES |
|---|---|

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's ex parte application for an extension of time is GRANTED.

    For a period of 180 days from the date of this Order, the government may retain and search, pursuant to the terms of the warrant issued in this matter on January 28, 2022, by the Honorable Karen E. Scott, United States Magistrate Judge, the following digital devices seized pursuant to the warrant: (i) one HTC Sprint 4G cellular phone, serial number HT17VHL18901; (ii) 63 hard drives;

(iii) three printed images; (iv) 24 VHS tapes; (v) one IBM Thinkpad computer, serial number 78-H3230 96/06; (vi) one silver-colored computer tower; (vii) one Dell Dimension 4400 computer tower; (viii) two black-colored computer towers; (ix) one black-colored computer tower with a Corsair solid state, 120-GB drive; (x) one black-colored Fractal Design computer tower; and (xi) several CDs and DVDs.

|  |  |
|---|---|
| June 7, 2022 | *Karen E. Scott* |
| DATE | HONORABLE KAREN E. SCOTT |
|  | UNITED STATES MAGISTRATE JUDGE |

Presented by:

/s/ *Melissa S. Rabbani*
Melissa S. Rabbani
Assistant United States Attorney